**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY<br><br>v.<br><br>WARNER'S HOMES AND IMPROVEMENTS, INC. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 2:25-cv-01739 |

**ORDER**

**AND NOW** this 18 day of June, 2026, upon consideration of the Renewed Motion for Entry of Default Judgment of Plaintiff, Auto-Owners Insurance Company, and any opposition thereto, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Default Judgment is hereby entered in favor of the Auto-Owners Insurance Company on its Declaratory Judgment Claim that the Auto-Owners Insurance Policy no. 104637-68452221-19 provides no defense or indemnity coverage to Warner's Homes and Improvements, Inc. in the Mercer County Court of Common Pleas suit styled as *Gary C. Blaze v. Warner's Homes and Improvements, Inc.*, 2023-2450.

BY THE COURT:

[signature]

J.